UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 20-22282-EPK
CHAPTER: 13

IN RE:

FRANK GABRIEL CAVALLINO,

  Debtor.

_____/

### SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF SECOND AMENDED CHAPTER 13 PLAN [DE 28]

MOVANT, Village Of Sandalwood Lakes North Homeowners Association, Inc. ("Association"), a secured creditor, by and through its undersigned attorney, objects to confirmation of the Debtor's Second Amended Chapter 13 Plan (the "Plan") [DE 28], and states:

1. Debtor's Plan provides for for full payment of secured claim in violation of the requirements of §1325(a)(5), but Debtor's Plan provides for an incorrect payment to the Association on the post-petition obligation to the Association for regular assessment.

2. The Debtor's correct post-petition monthly obligation to the Association is $425.00, and is subject to change.

3. Association has not accepted the Second Amended Chapter 13 Plan.

WHEREFORE, Movant, Village Of Sandalwood Lakes North Homeowners Association, Inc. files this objection to confirmation of the Debtor's Second Amended Chapter 13 Plan and moves the Court to deny confirmation of said Plan.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

        Siegfried Rivera
        Attorneys for Association
        201 Alhambra Circle, Eleventh Floor
        Coral Gables, FL 33134
        Telephone: 305-442-3334
        jberlowitz@siegfriedrivera.com

        By:/s/ Jeffrey S. Berlowitz, Esq.
        Jeffrey S. Berlowitz, Esq.
        Florida Bar No. 963739

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 8th day of March, 2021 to: Nadine V. White-Boyd, Esq., 1818 S. Australian Avenue, Suite 406, West Palm Beach, Florida 33409, (nadine@wblawpa.com), and Robin R. Weiner, Chapter 13 Trustee, POB 559007, Fort Lauderdale, FL 33355.

                                                                             By:    /s/ Jeffrey S. Berlowitz, Esquire
                                                                                              Jeffrey S. Berlowitz, Esquire