

**ORDERED in the Southern District of Florida on March 12, 2021.**



Erik P. Kimball, Judge
United States Bankruptcy Court
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                                          Case No 20-22282-EPK
                                                                  Chapter 13

FRANK GABRIEL CAVALLINO
SSN: XXX-XX-7966
                     Debtor.      /

### ORDER SUSTAINING DEBTOR'S OBJECTION
### TO CLAIM #8 JPMORGAN CHASE BANK, N.A.

THIS MATTER having come before the Court on the consent portion of the calendar on this 9th day of March, 2021 at 1:00 p.m. on the Debtor's Objection to Claim #8 of JP Morgan Chase Bank, N.A. ("Objection") [ECF #24], no response to the Objection being filed or served and no one appearing on behalf of JP Morgan Chase Bank, N.A., it is hereby

**ORDERED and ADJUDGED** as follows:

The Debtor's Objection to Claim #8 of JP Morgan Chase Bank, N.A. ("Objection") [ECF #24] is hereby **SUSTAINED.** Claim #8 is stricken and disallowed.

###

**Submitted by:**
Nadine V. White-Boyd, Esq.
WHITE-BOYD LAW, P.A.
1818 S. Australian Avenue
Suite 406
West Palm Beach, FL  33409
(561) 508 - 3042

Nadine V. White-Boyd, Esq. shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).